UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR121 VAB/SALM |
| v. | VIOLATIONS: |
| LAMONT FIELDS | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm and Ammunition by a Prohibited Person) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Prohibited Person)

1. On or about March 24, 2021, in the District of Connecticut, the defendant LAMONT FIELDS, having been, and knowing that he had been, convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of the State of Connecticut, specifically:

   a. Carrying a Dangerous Weapon, in violation of Conn. Gen. Stat. § 53-206, on or about August 1, 2017; and

   b. Criminal Possession of a Weapon, in violation of Conn. Gen. Stat. § 53a-217, on or about October 2, 2018;

did knowingly possess a firearm in and affecting commerce, specifically, a loaded .357 caliber Glock 31 pistol, bearing serial number BPPA521, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
(Unlawful Possession of Ammunition by a Prohibited Person)

2. On or about May 13, 2021, in the District of Connecticut, the defendant LAMONT FIELDS, having been, and knowing that he had been, convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of the State of Connecticut, specifically:

   a. Carrying a Dangerous Weapon, in violation of Conn. Gen. Stat. § 53-206, on or about August 1, 2017; and

   b. Criminal Possession of a Weapon, in violation of Conn. Gen. Stat. § 53a-217, on or about October 2, 2018;

did knowingly possess ammunition in and affecting commerce, specifically, six (6) rounds of Blazer 9mm Luger ammunition, and two (2) rounds of FC 9mm Luger ammunition, which had been shipped and transported in interstate and foreign commerce, contained in the magazine of a Glock-style 9mm pistol with no serial number.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearm Offenses)

3. Upon conviction of Count One or Two of this Indictment, the defendant LAMONT FIELDS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense including, but not limited to, the following:

   a. One .357 caliber Glock 31 pistol, bearing serial number BPPA521, seized on March 24, 2021;

   b. Ten rounds of .357 caliber ammunition, seized on March 24, 2021;

   c. One Glock-style 9mm pistol, with no serial number, seized on May 13, 2021;

   d. Six rounds of Blazer 9mm Luger ammunition, seized on May 13, 2021; and

   e. Two rounds of FC 9mm Luger ammunition, seized on May 13, 2021.

All in accordance with Title 18, United States Code, Section 924(d); Title 28, United States Code, Section U.S.C. § 2461(c); Title 21, United States Code, Section 853; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
FOREPERSON


_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
ROBERT S. RUFF
ASSISTANT UNITED STATES ATTORNEY